DOUGLAS S. CHIN                    6465
Attorney General of Hawaii

CARON M. INAGAKI                   3835
MARIE MANUELE GAVIGAN              6585
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1300
Facsimile: (808) 586-1369
Email: Marie.M.Gavigan@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY,
NOLAN ESPINDA, in his Capacity as the Director of
Public Safety, and JAMES HIRANO, individually and in
his capacity as Warden of the Maui Community Correctional
Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTINA C. RILEY, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY; NOLAN ESPINDA, in his Capacity as the Director of Public Safety; JAMES HIRANO, individually and in his capacity as Warden of the Maui Community Correctional Center; JAMES SIUGPIYEMAL, individually and in | Civ. No. 16-00360 DKW RLP (Other Non-Vehicle Tort; Civil Rights) <br><br> STIPULATION FOR LEAVE OF COURT TO TAKE ORAL DEPOSITION OF DEFENDANT JAMES SIUGPIYEMAL, A PERSON CONFINED IN PRISON; ORDER |

his Capacity as an Adult Corrections
Officer.

        Defendants.

## STIPULATION FOR LEAVE OF COURT TO TAKE ORAL DEPOSITION OF DEFENDANT JAMES SIUGPIYEMAL, A PERSON CONFINED IN PRISON

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this civil action, through their undersigned counsel, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, that the deposition of Defendant James Siugpiyemal, currently an inmate at the Halawa Correctional Facility in Honolulu, Hawaii, may be taken.

Said deposition shall be taken, pursuant to duly filed notice, before a court reporter authorized by law to administer an oath to the witness. The parties note that Defendant Siugpiyemal's counsel, if any, can be present at the deposition.

DATED: Honolulu, Hawaii, __January 11, 2018__.


      /s/ Marie Manuele Gavigan
MARIE MANUELE GAVIGAN
Deputy Attorney General

Attorney for Defendants
STATE OF HAWAII, DEPARTMENT OF
PUBLIC SAFETY, NOLAN ESPINDA,
and JAMES HIRANO

DATED:  Honolulu, Hawaii,   January 10, 2018   .


/s/ Myles S. Breiner
MYLES  S. BREINER,  ESQUIRE

Attorney  for Plaintiff
CHRISTINA  C. RILEY


APPROVED  AND SO ORDERED.

DATED  AT HONOLULU,  HAWAII,  JANAURY  16, 2018.



Richard L. Puglisi
United States Magistrate Judge


**CHRISTINA  C. RILEY v. STATE OF HAWAII, et al;** Civil No. CV 16-00360
DKW-RLP;  STIPULATION  FOR LEAVE  OF COURT  TO TAKE  ORAL
DEPOSITION  OF DEFENDANT  JAMES  SIUGPIYEMAL,  A PERSON
CONFINED  IN PRISON;  ORDER