| | |
|---|---|
| RUSSELL A. SUZUKI | 2084 |
| Attorney General of Hawaii | |
| | |
| CARON M. INAGAKI | 3835 |
| MARIE MANUELE GAVIGAN | 6585 |

Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone:  (808) 586-1300
Facsimile:   (808) 586-1369
Email:  Marie.M.Gavigan@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY,
NOLAN ESPINDA, in his Capacity as the Director of
Public Safety, and JAMES HIRANO, individually and in
his capacity as Warden of the Maui Community Correctional
Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTINA C. RILEY,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY; NOLAN ESPINDA, in his Capacity as the Director of Public Safety; JAMES HIRANO, individually and in his capacity as Warden of the Maui Community Correctional Center; JAMES SIUGPIYEMAL, individually and in | Civ. No. 16-00360 DKW RLP<br>(Other Non-Vehicle Tort; Civil Rights)<br><br>FIRST STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, NOLAN ESPINDA, AND JAMES HIRANO TO FILE DISCLOSURE OF EXPERT WITNESSES; ORDER |

| | |
|---|---|
| his Capacity as an Adult Corrections Officer.<br><br>              Defendants. | Trial:  November 26, 2018<br>Judge:  Derrick K. Watson |

**FIRST STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, NOLAN ESPINDA, AND JAMES HIRANO TO FILE DISCLOSURE OF <u>EXPERT WITNESSES</u>**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CHRISTINA C. RILEY and Defendants STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, NOLAN ESPINDA, in his Capacity as the Director of Public Safety, and JAMES HIRANO, individually and in his capacity as Warden of the Maui Community Correctional Center ("Defendants"), through their undersigned counsel, that the deadline for filing the disclosure of Defendants' expert witnesses set forth in the Second Amended Rule 16 Scheduling Conference Order filed on January 17, 2018, be extended from June 26, 2018 to July 26, 2018.

This stipulation is made pursuant to LR6.2(a) and Rule 26(a)(2)(D) of the Federal Rules of Civil Procedure.

//

//

//

//

//

DATED:  Honolulu, Hawaii, June 27, 2018                              .

   /s/ Marie Manuele Gavigan
MARIE MANUELE GAVIGAN
Deputy Attorney General

Attorney for Defendants
STATE OF HAWAII, DEPARTMENT OF
PUBLIC SAFETY, NOLAN ESPINDA,
and JAMES HIRANO

DATED:  Honolulu, Hawaii, June 27, 2018                              .

   /s/ Myles S. Breiner
MYLES S. BREINER, ESQUIRE

Attorney for Plaintiff
CHRISTINA C. RILEY

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, JUNE 29, 2018.

Richard L. Puglisi
United States Magistrate Judge

---

*Riley v. State of Hawaii, et al.*; Civil No. CV 16-00360 DKW-RLP
FIRST STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS
STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, NOLAN
ESPINDA, AND JAMES HIRANO TO FILE DISCLOSURE OF EXPERT
WITNESSES