# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 16-00360 DKW-RLP |
| CASE NAME: | Christina C. Riley v. State of Hawaii Department of Public Safety, et al. |
| ATTYS FOR PLA: | Clarisse M. Kobashigawa<br>Myles S. Breiner<br>Terrance M. Revere |
| ATTYS FOR DEFT: | Justine Tanya Myroslava Hura<br>Marie Manuele Gavigan<br>James Siugpiyemal, Pro Se, appeared by telephone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 04/05/2019 | TIME: | 10:30 - 11:30 |

COURT ACTION:  EP: Hearing held on [73] Defendants State of Hawaii, Department of Public Safety, Nolan Espinda and James Hirano, in their Official Capacitys' Motion For Judgment On The Pleadings.

Parties submit on their written submissions.

[73] Defendants State of Hawaii, Department of Public Safety, Nolan Espinda and James Hirano, in their Official Capacitys' Motion For Judgment On The Pleadings - GRANTED for reasons as stated on the record.

By 12:00 noon on Monday, 4/8/2019, all parties, including Defendant James Siugpiyemal, are ordered to submit a status conference statement to the Court addressing the following matters:

    1. what claims remain against the parties;
    2. whether Defendant Siugpiyemal intends to defend this case;
    3. how is Defendant Siugpiyemal logistically going to defend this case while being held at Kulani Correctional Facility;
    4. which of the ten (10) Motions In Limine are being withdrawn;
    5. whether the 4/15/2019 trial date will be continued with the consent of all parties, including Defendant Siugpiyemal; and

      6. whether or not the parties, including Defendant Sigpiyemal, will agree to waive the jury trial and proceed non-jury before Judge Watson.

Parties are put on notice that any late filing and/or not abiding by the rules of the court will be sanctioned.  No party is allowed to file any new motions in limine.

Parties, including Defendant Siugpiyemal, are ordered to collaborate on the remaining issues as stated on the record.

Further Final Pretrial Conference set for Wednesday, 4/10/2019 at 9:30 a.m. before Judge Derrick K. Watson.  At that time, Court will address whatever motions in limine remain in place and logistical issues or questions that the parties may have in terms of trial schedule.

Submitted by: Tammy Kimura, Courtroom Manager