# MINUTES

CASE NUMBER:      CV 16-00360DKW-RLP

CASE NAME:        Christina C. Riley v. State of Hawaii, Department of Public
                  Safety, et al.,

ATTYS FOR PLA:    Myles S. Breiner, Esq.
                  Clarisse M. Kobashigawa, Esq.

ATTYS FOR DEFT:   Marie Manuele Gavigan, Esq.
                  Justine Tanya Myroslava Hura, Esq.
                  James Siugpiyemal, *Pro Se* (participated telephonically)

---

JUDGE:    Richard L. Puglisi        REPORTER:    FTR - C5

DATE:     April 10, 2019            TIME:        9:33 a.m. - 9:41 a.m.

---

COURT ACTION:  EP:          SETTLEMENT ON THE RECORD

Settlement on the Record held.

Terms stated.

Case settled.

All upcoming hearings/deadlines are VACATED. The parties shall submit the appropriate
dismissal documents to watson_orders@hid.uscourts.gov no later than May 10, 2019.


Submitted by: Mary Feria, Courtroom Manager