CLARE E. CONNORS                    7936
Attorney General, State of Hawai'i

MARIE MANUELE GAVIGAN       6585
JUSTINE HURA                            8861
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawai'i  96813
Phone:  (808) 586-1300
Facsimile:  (808) 586-1369
Email:  Marie.M.Gavigan@hawaii.gov
            Justine.t.Hura@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY,
NOLAN ESPINDA, in his Capacity as the Director of
Public Safety, and JAMES HIRANO, individually and in
his capacity as Warden of the Maui Community Correctional
Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CHRISTINA C. RILEY,<br><br>Plaintiff,<br><br>v. | Civ. No. 16-00360 DKW RLP<br>(Other Non-Vehicle Tort; Civil Rights)<br><br>STIPULATED FINAL JUDGMENT AGAINST DEFENDANT JAMES SIUGPIYEMAL ON DEFENDANTS STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, NOLAN ESPINDA, AND JAMES HIRANO'S CROSS-CLAIM; ORDER |

| | |
|---|---|
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY; NOLAN ESPINDA, in his Capacity as the Director of Public Safety; JAMES HIRANO, individually and in his capacity as Warden of the Maui Community Correctional Center; JAMES SIUGPIYEMAL, individually and in his Capacity as an Adult Corrections Officer,<br>　　　　Defendants. | Trial Date:  April 15, 2019 (vacated)<br>Judge: Derrick K. Watson |

STIPULATED FINAL JUDGMENT AGAINST
DEFENDANT JAMES SIUGPIYEMAL ON DEFENDANTS
STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY,
NOLAN ESPINDA, AND JAMES HIRANO'S CROSS-CLAIM

Defendants, STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, NOLAN ESPINDA and JAMES HIRANO (the "STATE"), by and through their attorneys, Clare E. Connors, Attorney General, and Marie Manuele Gavigan and Justine Hura, Deputy Attorneys General, and Defendant JAMES SIUGPIYEMAL ("SIUGPIYEMAL"), appearing *pro se*, hereby stipulate to judgment in favor of the STATE and against SIUGPIYEMAL on the STATE'S Cross-claim as follows:

A Stipulated Judgment is hereby entered in favor of the STATE and against SIUGPIYEMAL in the sum of $5,000.00 to settle all claims made in

the STATE'S Cross-claim, filed on September 13, 2016, against SIUGPIYEMAL.  The claims in the STATE'S Cross-claim arose as a result of the claims made against the STATE by Plaintiff Christina Riley in her Complaint, filed against the STATE and SIUGPIYEMAL on June 29, 2016.

The STATE agrees not to execute on this Stipulated Judgment until six (6) months after SIUGPIYEMAL has obtained employment after his release from incarceration.  SIUGPIYEMAL shall notify the STATE immediately upon his release from incarceration, and shall notify the STATE immediately upon his obtaining employment.  Upon SIUGPIYEMAL'S notification to the STATE of his employment, the STATE and SIUGPIYEMAL shall enter into a written payment plan for the satisfaction of this Stipulated Judgment in accordance with the agreement not to execute on this Stipulated Judgment as stated above.

All notices required to be given to the STATE by SIUGPIYEMAL shall be served on:

      Department of the Attorney General
      Tort Litigation Division
      425 Queen Street
      Honolulu, Hawaii  96813

This Stipulated Judgment shall not bear any interest, unless SIUGPIYEMAL defaults on the payment plan after it has been finalized.

This Stipulated Judgment constitutes a final judgment on and resolves all claims and prayers for relief in the STATE'S Cross-claim.  Plaintiff's claims and prayers for relief in her Complaint have been settled and her Complaint will be dismissed as to all Defendants.  With the Plaintiff's dismissal of her Complaint, and the entry of this Stipulated Judgment, there are no remaining claims, prayers for relief, or parties in this civil action.  Each party in this civil action is to bear their own fees and costs.

DATED:    Hilo, Hawai'i,  April 12, 2019 .

      /s/ James Siugpiyemal
JAMES SIUGPIYEMAL
Defendant *Pro Se*

DATED:   Honolulu, Hawai'i,   April 15, 2019  .

        CLARE E. CONNORS
        Attorney General of Hawaii

         /s/ Marie Manuele Gavigan
        MARIE MANUELE GAVIGAN
        JUSTINE HURA
        Deputy Attorneys General

        Attorneys for Defendants
        STATE OF HAWAI'I,
        DEPARTMENT OF PUBLIC
        SAFETY, NOLAN ESPINDA, AND
        JAMES HIRANO

APPROVED AND SO ORDERED.

    DATED:  April 17, 2019 at Honolulu, Hawai'i.



         /s/ Derrick K. Watson
        Derrick K. Watson
        United States District Judge

---

Riley v. State of Hawaii, et al; Civil No. 16-00360 DKW-RLP; Stipulated Final Judgment Against Defendant James Siugpiyemal on Defendants State of Hawaii, Department of Public Safety, Nolan Espinda, And James Hirano's Cross-Claim; Order