CLARE E. CONNORS  7936
Attorney General, State of Hawaiʻi

MARIE MANUELE GAVIGAN  6585
JUSTINE HURA  8861
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaiʻi  96813
Phone:  (808) 586-1300
Facsimile:  (808) 586-1369
Email:  Marie.M.Gavigan@hawaii.gov
          Justine.t.Hura@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY,
NOLAN ESPINDA, in his Capacity as the Director of
Public Safety, and JAMES HIRANO, individually and in
his capacity as Warden of the Maui Community Correctional
Center

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| CHRISTINA C. RILEY,<br><br>Plaintiff,<br><br>v. | Civ. No. 16-00360 DKW WRP (Other Non-Vehicle Tort; Civil Rights)<br><br>STIPULATED FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES<br><br>Trial Date:   April 15, 2019 (vacated)<br>Judge: Derrick K. Watson |

| | |
|---|---|
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY; NOLAN ESPINDA, in his Capacity as the Director of Public Safety; JAMES HIRANO, individually and in his capacity as Warden of the Maui Community Correctional Center; JAMES SIUGPIYEMAL, individually and in his Capacity as an Adult Corrections Officer,<br>            Defendants. | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE
### OF ALL CLAIMS AND ALL PARTIES

Plaintiff, CHRISTINA C. RILEY ("RILEY"), by and through her attorneys, Myles S. Breiner, Esquire, Terrance M. Revere, Esquire, and Clarisse M. Kobashigawa, Esquire, Defendants, STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, NOLAN ESPINDA and JAMES HIRANO (the "STATE"), by and through their attorneys, Clare E. Connors, Attorney General, and Marie Manuele Gavigan and Justine Hura, Deputy Attorneys General, and Defendant JAMES SIUGPIYEMAL ("SIUGPIYEMAL"), appearing *pro se*, stipulate and agree that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all of RILEY'S claims in her Complaint against Defendants STATE and SIUGPIYEMAL be and are hereby dismissed with prejudice. The parties shall each be responsible for their own costs and attorneys' fees.

All appearing parties in this action have agreed to this stipulation as evidenced by their or their attorneys' signatures below.  There are no pending motions, there are no remaining parties, and there are no remaining claims.  The trial date in this matter of April 15, 2019, has been vacated.

DATED: Honolulu, Hawaii, <u>May 10, 2019</u>.

      <u>/s/ Clarisse Kobashigawa</u>
MYLES S. BREINER
TERRANCE M. REVERE
CLARISSE KOBSHIGAWA

Attorneys for Plaintiff
CHRISTINA C. RILEY

DATED: Honolulu, Hawaii, <u>May 10, 2019</u>.

      <u>/s/ Marie Manuele Gavigan</u>
MARIE MANUELE GAVIGAN
JUSTINE HURA
Deputy Attorneys General

Attorneys for Defendants
STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, NOLAN ESPINDA, AND JAMES HIRANO

DATED: Hilo, Hawaii, <u>April 12, 2019.</u>

     /s/ James Siugpiyemal
JAMES SIUGPIYEMAL
Defendant *Pro Se*

APPROVED AS TO FORM.

DATED:  May 14, 2019 at Honolulu, Hawai'i.



 /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Riley v. State of Hawaii, et al*; Civil No. 16-00360 DKW-WRP; **Stipulation For Dismissal With Prejudice of All Claims and All Parties**